PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Arkansas

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
MAR 25 2013
~~IN OPEN COURT~~
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Jimmy Broglen** | ) | Case No. 4:11CR00063-01 JMM |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jimmy Broglen, have discussed with, Jason G. Ade, Pretrial Services/Probation Officer, modification of my release as follows:

The condition of location monitoring program participation will be removed.

The defendant has been compliant in the location monitoring program for 22 months and has been compliant with his supervision requirements. The United States Attorney's Office and Federal Public Defender Chris Tarver have been notified of this request for modification in the form of a memo and have not expressed any objection.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3-19-13   _____  3/19/13
Signature of Defendant        Date        Pretrial Services/Probation Officer   Date

[✓]   The above modification of conditions of release is ordered, to be effective on 3-19-13

[ ]   The above modification of conditions of release is not ordered.

_____   3-25-13
Signature of Judicial Officer        Date