IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.     4:11CR00063-01 JM

JIMMY BROGLEN

## ORDER

The United States' motion to dismiss the indictment against Jimmy Broglen (Docket No. 49) is GRANTED.

IT IS SO ORDERED this 18th day of December, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE